PROB 22
(Rev. 9/13)

LODGED
AUG 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER (Transferring Court) |
|---|---|
| | 3:05CR00042-3 |
| | **DOCKET NUMBER (Receiving Court)** |
| | 1: 16 CR - 0 0 1 3 6 DAD |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesus Rodriguez | SD/IN | Indianapolis |
| | **NAME OF SENTENCING JUDGE** The Honorable Richard L Young U.S. District Court Chief Judge | |
| | **DATES OF PROBATION/SUPERVISED RELEASE** | **FROM** July 27, 2013 | **TO** July 26, 2018 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute, and to Distribute, in Excess of 50 Grams or More of Methamphetamine and 500 Grams or More of Methamphetamine (Mixture)

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/30/16
Date

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the _Eastern_ District of _California_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____    _____
Date                        United States District Judge